# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL GRANT**

       **Plaintiff,**

v.                                    **3:15-CV-01979**
                                        **(JUDGE MARIANI)**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF**
**SOCIAL SECUIRTY**

       **Defendant.**

## ORDER

The background of this Order is as follows: on March 17, 2017, Magistrate Judge Saporito issued a Report and Recommendation, (Doc. 20), in which he recommends that this Court vacate the decision of the Commissioner of Social Security denying Plaintiff's application for benefits and remand this case to conduct a new administrative hearing. Objections to the Report and Recommendation were due on March 31, 2017, and neither the Plaintiff nor the Defendant has filed an Objection to the Report and Recommendation.

**AND NOW, THIS 3rd DAY OF APRIL, 2017,** upon review of the Report and Recommendation for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 20), is **ADOPTED** for the reasons stated therein.

2. The decision of the Commissioner of Social Security denying Plaintiff's applications for benefits under Titles II and XVI of the Social Security Act is **VACATED**.

3. This case is **REMANDED** to the Commissioner of Social Security to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. §405(g).

4. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

Robert D. Mariani
United States District Judge